# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JARON MARTIN, | ) | Civil Action File No. |
| | ) | |
| Plaintiff, | ) | 1:12-CV-02809-CC-WEJ |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH WHITE & ASSOCIATES, | ) | |
| LLC, MLA HOLDINGS, LLC, and | ) | |
| MARILYN ALLRED, | ) | |
| INDIVIDUALLY | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER OF MLA HOLDINGS, LLC and MARILYN ALLRED INDIVIDUALLY

COMES NOW, MLA Holdings, LLC and Marilyn Allred individually and answer the complaint as follows:

### FIRST DEFENSE

1.

The complaint fails to state a cause of action against these Defendants.

### SECTION DEFENSE

2.

Kenneth White & Associates, LLC is not an agent of either Defendant but an independent contractor.

## THIRD DEFENSE

3.

Paragraphs 1-7 are admitted.

4.

Paragraphs 8-11 are denied.

5.

Paragraphs 12-15 are admitted.

6.

Paragraphs 16-30 are denied.

7.

Paragraphs 31-32 are admitted.

8.

Paragraphs 33-35 are denied.

9.

Defendants admit paragraph 36 except for the words "on behalf of MLA".

10.

Defendants admit paragraphs 37-38.

11.

Defendants deny paragraphs 39-46.

12.

Defendants incorporate paragraphs 1-11 in answer to paragraph 47.

13.

Paragraph 48 is denied.

14.

Defendants incorporate paragraphs 1-13 in answer to paragraph 49.

15.

Paragraphs 50-51 are denied.

16.

Defendants incorporate paragraphs 1-15 in answer to paragraph 52.

17.

Paragraphs 53-54 are denied.

18.

Paragraphs 1-17 are incorporated within in answer to paragraph 55.

19.

Paragraph 56 is denied.

20.

Defendants incorporate paragraphs 1-19 as though fully set out.

21.

Paragraphs 58-59 are denied.

22.

Paragraphs 1-21 are incorporated in answer to paragraph 60.

23.

Paragraphs 61-62 are denied.

24.

Paragraphs 1-23 are incorporated in answer to paragraph 63.

25.

Paragraph 64 is denied.

26.

Paragraphs 1-25 are incorporated in answer to paragraph 65.

27.

Paragraphs 66-67 are denied.

28.

Paragraphs 1-27 are incorporated in answer to paragraph 68.

29.

Paragraphs 69-70 are denied.

30.

Paragraphs 1-29 are incorporated in answer to paragraph 71.

31.

Paragraph 72 is denied.

32.

Paragraphs 1-31 are incorporated in answer to paragraph 73.

33.

Paragraphs 74-75 are denied.

34.

Paragraphs 1-33 are incorporated in answer to paragraphs 76.

35.

Paragraphs 77-78 are denied.

36.

Paragraphs 1-35 are incorporated in answer to paragraph 79.

37.

Paragraph 80 is admitted.

38.

Paragraphs 1-37 are incorporated in answer to paragraph 81.

39.

Paragraph 82 is admitted.

40.

Paragraph 83 is denied.

41.

Paragraphs 1-40 are incorporated in answer to paragraph 84.

42.

Paragraph 85 is admitted.

43.

Paragraph 86 is denied.

44.

Paragraphs 1-43 are incorporated in answer to paragraph 87.

45.

Paragraph 88 is denied.

46.

Paragraph 1-45 are incorporated in answer to paragraph 89.

47.

Paragraphs 90-91 are denied.

48.

Paragraphs 1-47 are incorporated in answer to paragraph 92.

49.

Paragraphs 93-94 are denied.

## THIRD DEFENSE

50.

The case against Defendant Allred was brought in bad faith and for the purposes of harassment and she is entitled to reasonable attorney's fees and costs

in relation to the work expended on her portion of the case. See <u>Black v. Equinox Financial Management Solutions, Inc.</u>, 444 F.Supp.2d 1271 (N. D. Ga. 2006); <u>Tucker v. CBE Group, Inc.</u>, 710 F.Supp.2d 1301 (M. D. Fla. 2010).

    WHEREFORE Defendants pray,

1)    For judgment on the claims;

2)    For attorney fees for Defendant Allred;

3)    For jury trial;

4)    For such other and further relief as is just and proper.

    This 21st day of September, 2012.

    Respectfully submitted,

    <u>/s/ Ralph Goldberg</u>
    Ralph Goldberg
    Ga. Bar No. 299475
    Attorney for Defendants

Goldberg & Cuvillier, P.C.
755 Commerce Drive, Ste. 600
Decatur, GA 30030
(404) 378-7700
(404) 378-7708 FAX

## **CERTIFICATE OF SERVICE**

This is to certify that on this day counsel of record for the opposing party in the foregoing matter was served with a copy of this document by depositing in the United States Mail copies of the same in properly addressed envelopes with adequate postage thereon or by notification of electronic filing.

Dennis R. Kurz
Weisberg & Meyers, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012

This 21st day of September, 2012.


| | |
|---|---|
| Goldberg & Cuvillier, P.C. | /s/ Ralph Goldberg |
| 755 Commerce Dr., Ste. 600 | Ralph Goldberg |
| Decatur, GA 30030 | Ga. Bar No. 299475 |
| (404) 378-7700 | Attorney for Defendants |
| (404) 378-7708 FAX | |