IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JARON MARTIN, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 1:12-cv-02809-CC-WEJ |
| | ) |
| KENNETH WHITE & ASSOCIATES, | ) |
| LLC,  MLA HOLDINGS, LLC, AND | ) |
| MARILYN ALLRED, INDIVIDUALLY | ) |
| | ) |
|      Defendants. | ) |
| _____ | ) |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

COMES NOW, Jaron Martin, Plaintiff in the above-styled civil action, by and through his attorney, Craig J. Ehrlich, pursuant to Federal Rule of Civil Procedure 68 and hereby accepts Defendants' offer of judgment in the amount of $1,001.00, which is attached hereto as Exhibit A. The issue of attorney fees and court costs remains pending.

This 21st day of September, 2012.

                       ATTORNEYS FOR PLAINTIFF
                       JARON MARTIN

                       Respectfully submitted,

                       By: s/Craig J. Ehrlich
                       Craig J. Ehrlich
                       Georgia Bar No. 242240

WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 250
(866) 842-3303 (fax)
cehrlich@attorneysforconsumers.com
Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
WEISBERG & MEYERS, LLC

## CERTIFICATE OF SERVICE

I certify that on September 21, 2012, I filed the foregoing with the Clerk of the Court for the U.S. District Court, Northern District of Georgia using the CM/ECF system of the Court. Copy of the foregoing was mailed to counsel for Defendants on this 21st day of September, 2012 to Ralph Goldberg, Goldberg & Cuvillier, P.C., 755 Commerce Drive, Ste. 600, Decatur GA 30030.

s/Craig J. Ehrlich
Craig J. Ehrlich
WEISBERG & MEYERS, LLC